JS-6

KAMALA D. HARRIS
Attorney General of California
JERALD L. MOSLEY
Supervising Deputy Attorney General
MARK SCHREIBER
Deputy Attorney General
State Bar No. 126949
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 897-2122
Fax: (213) 897-1071
E-mail: Mark.Schreiber@doj.ca.gov
*Attorneys for Defendants California Department of Corrections and Rehabilitation, George DiMaggio, Gary Grover, Keith Mayfield, Frank Chavez and Frank Martinez*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID WABAKKEN,**<br>Plaintiff,<br>**v.**<br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J.W. MORGAN; GEORGE DIMAGGIO; GARY GROVER; KEITH MAYFIELD; FRANK CHAVEZ; and FRANK MARTINEZ,**<br>Defendants. | CV 12-01503 GW (DTBy)<br>**JUDGMENT** |

The motion for summary judgment filed by defendants California Department of Corrections and Rehabilitation, George DiMaggio, Gary Grover, Keith Mayfield and Frank Chavez (Document No. 67) came on regularly for hearing before the court on February 25, 2013 and on April 4, 2013. Defendant moving parties appeared by Kamala D. Harris, Attorney General of California by Mark Schreiber and Patricia Nevonen, Deputy Attorneys General. Plaintiff appeared by his attorney Derek T. Anderson.

The court considered the papers filed in support of and in opposition to the motion, the written supplemental briefs of the parties, and the oral argument of counsel.

The court finds that there is no genuine dispute as to any material fact and that defendants California Department of Corrections and Rehabilitation, George DiMaggio, Gary Grover, Keith Mayfield and Frank Chavez are entitled to judgment in their favor and against plaintiff David Wabakken as a mater of law. The court finds that plaintiff's complaint against the moving defendants is barred by the doctrine of collateral estoppel (Document No.s 80, 86, and 87).

The court previously entered a dismissal on stipulation in favor of defendant Frank Martinez (Document No. 73).

**NOW, THEREFORE,**

It is hereby ordered, adjudged, and decreed that defendants California Department of Corrections and Rehabilitation, George DiMaggio, Gary Grover, Keith Mayfield, Frank Chavez, and Frank Martinez shall have judgment over and against plaintiff David Wabakken, that plaintiff David Wabakken shall take nothing by his complaint against defendants California Department of Corrections and Rehabilitation, George DiMaggio, Gary Grover, Keith Mayfield, Frank Chavez, and Frank Martinez and that defendants California Department of Corrections and Rehabilitation, George DiMaggio, Gary Grover, Keith Mayfield, Frank Chavez , and Frank Martinez shall recover costs over and against plaintiff David Wabakken per application to the clerk to tax costs filed per Local Rule L.R. 54-2.

Dated: May 22, 2013

George H. Wu

GEORGE H. WU, U.S. District Judge

LA2012603633
61008972.doc