JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WABAKKEN, | Case No. 2:12-cv-01503-GW-DTB |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT ON JURY VERDICT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; J.W. MORGAN; GEORGE DIMAGGIO; GARY GROVER; KEITH MAYFIELD; FRANK CHAVEZ; and DOES 1-10, inclusive, | |
| Defendants. | |

The action was tried to a jury before the Honorable George H. Wu, judge presiding. On August 2, 2016, the jury returned a unanimous verdict in favor of Defendants California Department of Corrections and Rehabilitation, J.W. Morgan, George Dimaggio, Gary Grover and Keith Mayfield and against Plaintiff David Wabakken on all claims for relief.

///

///

1

1     IT IS ORDERED AND ADJUDGED that Plaintiff David Wabakken recover
2 nothing by this action, that judgment be entered in favor of Defendants California
3 Department of Corrections and Rehabilitation, J.W. Morgan, George Dimaggio,
4 Gary Grover and Keith Mayfield and against Plaintiff David Wabakken on all
5 claims for relief, and that Defendants California Department of Corrections and
6 Rehabilitation, J.W. Morgan, George Dimaggio, Gary Grover and Keith Mayfield
7 as prevailing parties shall recover their costs pursuant to Fed R. Civ. P. 54 against
8 Plaintiff David Wabakken, in an amount according to proof.

10 Dated: August 8, 2016

*[signature]*

Hon. George H. Wu
United States District Court Judge

LA2012603633
62071614.doc